AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Dr. Latika Giri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-410 |
| The National Board of Medical Examiners | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dr. Latika Giri                                                                                                                .

Date:   02/12/2024

/s/ Jason S. Harrow
*Attorney's signature*

Jason Harrow, CA00118
*Printed name and bar number*

12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025

*Address*

jason@gerstein-harrow.com
*E-mail address*

(323) 744-5293
*Telephone number*

*FAX number*