IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005<br><br>Defendants. | Case No. 24-cv-410<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**CERTIFICATE OF COUNSEL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION
AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

i

## CERTIFICATE OF COUNSEL

Plaintiffs provide this certificate of counsel, pursuant to Local Civil Rule 65.1(a), to detail their efforts to communicate with counsel for Defendant about this emergency matter.

Undersigned counsel was engaged in this matter on Saturday, February 10, at around noon. At around 1PM, counsel emailed Linda Gadsby, general counsel for NBME, to advise her that Dr. Giri anticipated filing a motion for emergency preliminary relief and explaining the basis of Dr. Giri's claims. Counsel asked that NBME agree to extend its February 16 deadline for test-takers to choose whether to retake the test—for which NBME would require them to waive their legal rights—immediately so that the Court counsel consider Plaintiffs' request.

At approximately 12:20 pm on February 12, after being notified that Defendant had engaged outside counsel, Plaintiffs' counsel spoke to counsel for Defendant. Since then, the parties have not reached an agreement on any interim relief, but Defendant is aware of the precise requested. Plaintiffs' counsel will ensure that Defendant's counsel has immediate access to copies of all documents filed.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
Emily Gerrick
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow

1

2

GERSTEIN HARROW LLP
12100 Wilshire Blvd Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ James Crooks*
*/s/ Kritika Tara Deb*
James Crooks
Kritika Tara Deb
FAIRMARK PARTNERS LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
jamie@fairmarklaw.com
(619) 547-4182