UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on her own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005<br><br>    Defendants. | Case No. 1:24-cv-410 |

**DECLARATION OF KRITIKA TARA DEB**

I, Kritika Tara Deb, declare as follows:

1. I am one of the attorneys principally responsible for the handling of this matter on behalf of Plaintiff. I submit this declaration in support of Plaintiffs' Motion For Temporary Restraining Order or Preliminary Injunction And Memorandum of Points And Authorities in Support. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated in this declaration.

2. Attached as Exhibit 1 to this declaration is a true and accurate copy of an email sent by USMLE to Plaintiff Dr. Latika Giri on January 31, 2024, which was forwarded to me by Dr. Giri on February 9, 2024.

3. Attached as Exhibit 2 to this declaration is a true and accurate copy of United States Medical Licensing Examination (USMLE) Policies and Procedures

1

Regarding the Validity of Passing Level Scores Achieved by a Subset of USMLE Examinees, the link for which was forwarded to me by Dr. Giri on February 9, 2024 as part of the email Dr. Giri received on January 31, 2024 from USMLE (Exhibit 1).

4. Attached as Exhibit 3 to this declaration is a true and accurate copy of a letter from ECFMG/Intealth sent to Dr. Giri on February 7, 2024.  Dr. Giri emailed me a copy of this letter on February 12, 2024.

5. Attached as Exhibit 4 to this declaration is a true and accurate copy of USMLE's *2023 Bulletin of Information*, which I downloaded from USMLE's website.

6. Attached as Exhibit 5 to this declaration is a true and accurate copy of USMLE's *2024 Bulletin of Information*, which I downloaded from USMLE's website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2024 in New York, NY

/s/ *Kritika Tara Deb*
Kritika Tara Deb