IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005<br><br>Defendants. | Case No. 24-cv-410<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON HARROW IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION
AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

i

## DECLARATION OF JASON HARROW

I, Jason Harrow, declare as follows.

1. I am co-counsel for Plaintiff in this matter. I am over eighteen years old, and, if called, I could competently testify to the following matters.

2. At approximately 12:20 pm eastern on Monday, February 12, I received a call from counsel for Defendant Robert Burgoyne.

3. During the conversation, the participants had some discussion as to the underlying facts of the NBME's actions and what Defendant's legal position might be.

4. At one point during the discussion, Mr. Burgoyne represented that the adverse actions against test takers may have been confined to tests conducted in one testing center in Nepal. After further discussion, however, Mr. Burgoyne seemingly corrected himself and stated that it was his understanding there were tips about what he called either a "cheating ring" or "cheating rings" of people sharing questions with one another.

5. Mr. Burgoyne also stated his understanding that the investigation into this matter by NBME remained ongoing.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Dated February 12, 2024.

/s/ Jason Harrow