IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005<br><br>Defendants. | Case No. 24-cv-410<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

## [PROPOSED] ORDER

For good cause shown, it is hereby ordered that:

1) Defendant National Board of Medical Examiners is ordered to restore the validity of all scores on the United States Medical Licensing Exam for those test-takers "associated with Nepal" whose scores were invalidated from January 1, 2024 to the date of this Order; and

2) Maintain the scores as valid during the pendency of this litigation and during the pendency of any investigation into irregular conduct that NBME chooses to conduct pursuant to its ordinary procedures; and

3) Immediately notify all impacted parties, including any affected test-takers, medical schools, hospitals, and other relevant organizations or people that the scores have been restored and that affected test-takers should not be treated any differently than other test-takers not impacted by the NBME's recent action; and

4) Defendant is enjoined from applying different score-invalidation procedures to test-takers associated with Nepal than it does to people associated with every other country.

Dated: February ___, 2024

_____

U.S. District Judge