# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005<br><br>Defendants. | Case No. 24-cv-410<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

i

1

## CERTIFICATE OF SERVICE

I, Jason Harrow, declare that I will provide immediate email service of an ECF-stamped copy filing, including all attachments, to counsel for Defendant at RBurgoyne@perkinscoie.com.

Dated: February 12, 2024

/s/ Jason Harrow