AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dr. Latika Giri | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-410 |
| National Board of Medical Examiners | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Board of Medical Examiners.

Date: 02/12/2024

/s/ Robert A. Burgoyne
*Attorney's signature*

Robert A. Burgoyne, D.C. Bar No. 366757
*Printed name and bar number*

Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005-3960
*Address*

RBurgoyne@perkinscoie.com
*E-mail address*

(202) 654-1744
*Telephone number*

(202) 654-6211
*FAX number*