IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | Case No. 24-cv-410 |
| THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005 ) ) ) ) ) ) | |
| Defendants. ) ) ) | |

**JOINT STIPULATION TO PRESERVE THE STATUS QUO AND REQUEST FOR BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

## JOINT STIPULATION

Plaintiffs and Defendant have conferred on the pending *ex parte* request for a TRO (ECF No. 4) and separate motion for preliminary injunction (ECF No. 3) and agree on some aspects though still require some court intervention to set a briefing schedule for resolution of the preliminary injunction request. In particular, the parties agree that:

1. Defendant NBME will agree to extend the deadline for any required response from individuals who received a score invalidation notice on or about January 31, 2024 until the Court rules on Plaintiffs' request for a preliminary injunction;

2. NBME will promptly notify all parties who fall into that category that the deadline to respond to NBME's notice has been extended until such time as the Court rules on Plaintiffs' request for a preliminary injunction; NBME will also provide this notice to the ECFMG, FSMB, and the Match;

3. Either party may notify other potentially interested third-parties of the extension of the response deadline;

4. In entering into this Stipulation, NBME does not concede that any relief is due to Plaintiff or to any putative class member or that class treatment is warranted, and NBME reserves all rights and defenses that it has to the Plaintiff's Complaint and her request for preliminary injunctive relief; and

5. Any deadline for NBME to respond to the complaint is stayed pending resolution of the motion for preliminary injunction.

In light of the agreement, the Parties stipulate that the *ex parte* request for

TRO be denied as moot (No. 4) or considered withdrawn.

The Parties also request the Court's intervention to set a briefing and decision schedule for the pending Motion for Preliminary Injunction (ECF No. 3). Plaintiff requests a decision by the Court by February 21, 2024, which is the date by which Plaintiff asserts a ruling would be needed in order for her and other affected parties to know whether he or she will be able to participate in the 2024 Match. Meanwhile, Defendant would like until February 19, 2024 to file an opposition brief. On the schedule proposed by Defendant, Plaintiffs would be willing to file a reply brief within 24 hours of receiving Defendant's opposition on the condition that the Court could issue a ruling by the end of the day on February 21. Alternatively, if the Court requires more time to consider the papers before ruling, Plaintiffs request that the Court set an earlier deadline for Defendant's opposition, or hold a brief conference to discuss the schedule. Plaintiffs represent that they are willing to file a reply brief within 24 hours of receiving an opposition no matter when the opposition is filed.

Undersigned counsel has been authorized by Defendant's counsel, Robert Burgoyne, to inform the Court that NBME joins in the stipulations found above in numbered paragraphs 1-5 as well as the request for the Court's assistance in establishing a reasonable briefing and decision schedule for the Plaintiff's preliminary injunction motion.

                                        Respectfully submitted,

                                        */s/ Charles Gerstein*
                                        Charles Gerstein

Emily Gerrick
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ James Crooks*
*/s/ Kritika Tara Deb*
James Crooks
Kritika Tara Deb
FAIRMARK PARTNERS LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
jamie@fairmarklaw.com
(619) 547-4182

*Attorneys for Plaintiffs*

/s/ Robert A. Burgoyne
Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com
(202) 625-1744

*Attorneys for Defendant*