IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) Case No. 24-cv-410 |
| THE NATIONAL BOARD OF MEDICAL EXAMINERS, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005 | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER REGARDING JOINT STIPULATION TO PRESERVE THE STATUS QUO AND REQUEST FOR BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

i

**ORDER**

Pursuant to stipulation, the Court orders as follows:

1. Defendant NBME will extend the deadline for any required response from individuals who received a score invalidation notice on or about January 31, 2024 until the Court rules on Plaintiffs' request for a preliminary injunction;

2. NBME will promptly notify all parties who fall into that category that the deadline to respond to NBME's notice has been extended until such time as the Court rules on Plaintiffs' request for a preliminary injunction; NBME will also provide this notice to the ECFMG, FSMB, and the Match;

3. Either party may notify other potentially interested third-parties of the extension of the response deadline; and

4. Any deadline for NBME to respond to the complaint is stayed pending resolution of the motion for preliminary injunction.

In light of this relief, Plaintiffs' *ex parte* request for TRO (ECF No. 4) is denied as moot. The Court also recognizes that NBME does not concede that any relief is due to Plaintiff or to any putative class member or that class treatment is warranted, and NBME reserves all rights and defenses that it has to the Plaintiff's Complaint and her request for preliminary injunctive relief.

* * *

In consideration of the Plaintiffs' pending motion for a preliminary injunction (ECF No. 3), the Court orders as follows:

Defendant's opposition is due by 5 pm eastern on February 18, 2024.

Plaintiffs' reply is due within 24 hours of receiving Defendant's opposition via

ECF.

The Court will issue an order regarding Plaintiffs' motion on or before February 21, 2024 at 5 pm eastern.

Dated: February 12, 2024

 /s/ *Rudolph Contreras*
RUDOLPH CONTRERAS
U.S. District Judge