UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI, on her own behalf and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>        Defendant. | Case No. 1:24-CV-00410 |

### DECLARATION OF DAVID JOHNSON

1.     My name is David Johnson. I am the Chief Assessment Officer at the Federation of State Medical Boards ("FSMB"). Unless otherwise stated, I have personal knowledge of the facts stated below, based on my work at FSMB and my review of company records maintained in the ordinary course of business, as referenced below.

2.     FSMB is a non-profit corporation located in Euless, Texas. It also has an office in Washington, D.C. FSMB represents state medical and osteopathic regulatory boards — commonly referred to as state medical boards — within the United States and its territories. FSMB supports its member boards as they fulfill their mandate of protecting the public's health, safety, and welfare through the proper licensing, disciplining, and regulation of physicians and, in most jurisdictions, other health care professionals.

3.     FSMB and the National Board of Medical Examiners ("NBME") own the United States Medical Licensing Examination ("USMLE"), a three-step examination that assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental

153112853.1

patient-centered skills, that are important in health and disease and that constitute the basis of safe and effective patient care.  NBME operates the USMLE program.

4. As discussed further below, medical licensing authorities across the country have chosen to use the USMLE (along with certain other examinations) to help evaluate the qualifications of individuals seeking an initial license to practice medicine.

5. Prospective examinees apply to ECFMG to take Step 1 and Step 2 of the USMLE, and they apply to FSMB to take Step 3 of the USMLE.  Step 3 is the final examination in the USMLE sequence leading to a license to practice medicine in the United States without supervision.  It provides a final assessment of physicians who desire to assume independent responsibility for delivering general medical care.

6. When an individual applied to take Step 3 of the USMLE in 2023, he or she did so electronically and had to check a box stating as follows in order to proceed with the application process:

> **By submitting this application, I certify the following:**
> 
> - The information provided on this form is true and accurate.
> - I currently meet all of the Step 3 eligibility requirements.
> - I have read the most current version of the USMLE Bulletin of Information and all relevant application instructions, [and] I am familiar with their contents, and agree to abide by the policies and procedures described therein.

7. An applicant could not complete the Step 3 test registration process without checking the box indicating his or her certification of these statements.

8. According to FSMB's records, Dr. Latika Giri registered for the USMLE Step 3 exam on July 18, 2023. Dr. Giri's successful exam registration confirms that she checked the box during the exam registration process, thereby signifying her certification of the statements shown in paragraph 6 above.

9. According to USMLE records, Dr. Giri took the two-day USMLE Step 3 exam on September 18, 2023 and September 27, 2023 at a Prometric test center located in Connecticut. Day 1 assessed her knowledge and understanding of the Foundations of Independent Practice, and Day 2 assessed her understanding of Advanced Clinical Medicine.

10. To protect the public from the unprofessional, improper and incompetent practice of medicine, each of the 50 states, the District of Columbia and the U.S. territories has enacted laws and regulations that govern the practice of medicine and outline the responsibility of state medical boards to regulate that practice. State legislatures have uniformly determined that the best way to promote the health and welfare of its citizens is to create an agency, often part of the executive branch of the state government, that it entrusts with the authority to regulate the practice of medicine within the state. The paramount concern of these state medical boards is the promotion of state health policy and the protection of public welfare.

11. State medical boards have the authority to issue various types of licenses to practice medicine, including a temporary or training license, a full, unrestricted license, and special purpose licenses. Licenses are issued only if a candidate submits information to the board that indicates that the applicant meets predetermined qualifications. These qualifications include medical school graduation, postgraduate training, and passage of a comprehensive national medical licensing examination that tests their knowledge of health and disease management and effective patient care.

12. All jurisdictions accept USMLE exam results for purposes of meeting their licensing examination requirement, and many jurisdictions require the successful completion of the USMLE Step exams before issuing a permanent medical license. The USMLE provides state medical boards with a common evaluation of a prospective licensee's ability to apply knowledge,

concepts, and principles of health and disease in a manner that constitute the basis for safe and effective patient care.

13. A necessary corollary to the state boards' reliance on licensing examinations to help evaluate the competency of prospective licensees is that the exam results will be valid and reliable. In other words, the exam results must accurately reflect a prospective licensee's knowledge and skills in the domains assessed on the applicable examination(s). Actions that compromise the validity of exam results undermine that objective and thus jeopardize the public health and welfare.

14. Physicians who plan to participate in a graduate medical education program or a fellowship, and who have passed USMLE Steps 1 and 2 CK, may be eligible to receive a limited or training license issued by a state medical board. Physicians holding a limited or training license may practice within the confines of that graduate medical education program under the supervision of its director.

15. Once issued, both a limited and full, unrestricted license permit a physician to have direct contact with patients and to diagnose, analyze, and treat patients.

16. State medical boards are aware that the USMLE program regularly performs statistical and other analyses that may lead the USMLE program to question whether the score of one or more examinees is valid. I believe that all state medical boards would want and expect the USMLE program to notify a medical board if the USMLE program concludes that a prospective or current licensee's passing exam result has been called into question. I also believe that state medical boards would want and expect the USMLE program not to report USMLE scores if the USMLE program has a good faith basis for questioning the validity of the scores. An invalid USMLE score raises significant concerns regarding whether a licensee possesses the

requisite knowledge, concepts, and principles of health and disease that constitute the basis for safe and effective patient care.

17. As the Chief Assessment Officer of the FSMB, I believe that an individual who achieves a passing level result on a USMLE exam because he or she had prior access to secure exam questions should not be permitted to retain that score or to receive a temporary or limited license to practice as a resident physician on the basis of that score, and that this is true regardless of whether the individual knew that they were accessing confidential exam content. Allowing an individual to become a resident physician on the strength of USMLE scores whose validity has been questioned following a good faith evaluation of available performance data and other available information would jeopardize the public welfare, create legal exposure for the hospitals and other facilities at which the individual is permitted to work as a resident physician, and undermine the public's confidence in the state's licensure system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2024.

*David A Johnson*
David Johnson