IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. LATIKA GIRI,

        Plaintiff,

v.                                    Case No. 1:24-cv-00410-CRC

THE NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.

**[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER comes before the Court on Plaintiff's Motion for Preliminary Injunction. The Court, having reviewed the Motion and the briefing supporting and opposing it and being fully advised in the premises, the Court finds no good cause to grant the Motion, and it is therefore denied.

It is ORDERED that Plaintiff's Motion for Preliminary Injunction is denied.

Dated: _____, 2024.

                                                        United States District Judge