**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DR. LATIKA GIRI,

      Plaintiff,

v.                                    Case No. 1:24-cv-00410-CRC

THE NATIONAL BOARD OF
MEDICAL EXAMINERS,

      Defendant.

_____

**[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

THIS MATTER comes before the Court on Plaintiff's Motion for Class Certification.

The Court, having reviewed the Motion and the briefing supporting and opposing it and being

fully advised in the premises, the Court finds no good cause to grant the Motion, and it is

therefore denied.

It is ORDERED that Plaintiff's Motion for Class Certification is denied.

Dated: _____, 2024.

                                            _____
                                             United States District Judge

165649314.1