IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. LATIKA GIRI,

        Plaintiff,

v.                              Case No. 1:24-cv-00410-CRC

THE NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.
_____/

## LCVR 26.1 CERTIFICATION

The undersigned counsel of record for the National Board of Medical Examiners ("NBME") hereby certifies that NBME is a non-profit corporation with no parent companies, subsidiaries, affiliates, or companies which own any stock of NBME.

Dated: February 18, 2024

                                            Respectfully submitted,

                                            /s/ Caroline M. Mew
                                            Robert A. Burgoyne (D.C. Bar No. 366757)
                                            Caroline M. Mew (D.C. Bar No. 467354)
                                            Perkins Coie LLP
                                            700 13th St., NW, Suite 800
                                            Washington, DC 20005
                                            T: 202 654 6200
                                            F:  202 654-6211
                                            RBurgoyne@perkinscoie.com
                                            CMew@perkinscoie.com

                                            Counsel for the National Board of Medical Examiners