AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Dr. Latika Giri, on her own behalf and all others similarly situated )
*Plaintiff* )
v. ) Case No. 1:24-cv-410
National Board of Medical Examiners )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dr. Latika Giri .

Date: 02/21/2024

*Attorney's signature*

Jamie Crooks (DC: 165005)
*Printed name and bar number*
1001 G Street, NW, Ste. 400E
Washington, DC 20001

*Address*

jamie@fairmarklaw.com
*E-mail address*

619-507-4182
*Telephone number*

N/A
*FAX number*

Print   Save As...   Reset