AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
▼

ika Giri, on her own behalf and all others similarly situa )
*Plaintiff* )
v. ) Case No. 1:24-cv-410
National Board of Medical Examiners )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dr. Latika Giri                                                                                              .

Date:   02/23/2024

*Attorney's signature*

Kritika Tara Deb (NY: 5910542)
*Printed name and bar number*

68 Jay Street, Suite 323
Brooklyn, NY 11201

*Address*

kritika@fairmarklaw.com
*E-mail address*

(917) 680-9020
*Telephone number*

N/A
*FAX number*

[Print]   [Save As...]   [Reset]