**United States Medical Licensing Examination (USMLE) Policies and Procedures
Regarding the Validity of Passing Level Scores Achieved by a Subset of USMLE Examinees:
Common Questions**

1. **Why have I received a letter regarding the validity of my USMLE outcome(s)?** The USMLE program monitors and analyzes the performance of examinees to detect aberrancies or other information that raises questions about the validity of exam outcomes. The USMLE program reserves the right to cancel exam outcomes that are at or above the passing level, prior to or after release, if the USMLE program has a good faith basis for questioning whether the exam outcome(s) represent a valid measure of knowledge or competence as assessed by the examination. Examinees receive these letters when questions arise regarding the validity of one or more of their Step exam outcomes.

2. **How was my outcome determined to be invalid?** To protect the integrity of the exam and its investigation processes, the USMLE program cannot share specific details about the analyses that resulted in invalidated exam outcomes. The USMLE program uses rigorous forensic analyses to conclude that there is a good faith basis for questioning whether an outcome is invalid. Every examinee flagged in the current investigation had performance data with irregularities that would be expected in fewer than 1 in 100 million cases under normal testing conditions.

3. **What kind of documentation should I provide in my response?** Examinees should follow the instructions in the email and response form carefully. Supporting documentation may not exceed 16 MB or the upload will fail. Submissions received after the stated deadline will not be considered.

4. **Who will be informed that my outcome has been invalidated?** The USMLE program will send an updated transcript to all third parties who previously received a transcript containing the now-invalidated outcome.

5. **Will I still be given the opportunity to retake a Step exam if I decide to first seek reconsideration of the invalidation decision or to appeal if the reconsideration request is not successful?** Yes. Please see the discussion of this issue in your notice letter.

6. **When/where can I retake USMLE?** Examinees will receive information about when and where to retake the exam(s) if they choose to re-test. If an examinee's passing level outcome on a given Step exam is invalidated, the Examinee will be offered an opportunity to retake that Step exam. USMLE Step 1 will be offered on August 14, 2024, Step 2 CK will be offered September 27, 2024, and Step 3 will be administered on December 12 (Day 1) and December 13 (Day 2), 2024. Additional retake opportunities will be available in 2025. More information about the locations of the retake exams will be shared with impacted examinees once available. Please note that testing locations will be limited to specific test centers.

7. **Will I be charged a fee to retake the exam(s)?** Examinees may retake an exam that was invalidated one time at no cost. If an examinee fails the retake, they will be suspended from access to USMLE for three (3) years. At the end of the suspension, if an examinee meets all eligibility requirements

and chooses to retake one or more of the Step examinations, they will be required to pay for the registration and any associated fee(s).

8. **What will happen if I cannot test on the date(s) offered for taking a re-test?** Examinees will be offered another opportunity to retake the examination when available, provided they meet all eligibility requirements. The USMLE program anticipates retakes will be offered annually.

9. **What will happen to my Step 3 outcome if I need to retake Step 1 and/or Step 2 CK?** If an examinee is required to retake Step 1 and/or Step 2 CK and has a Step 3 outcome that has not been invalidated, their Step 3 outcome will be marked as "Score Not Available" on their USMLE transcript until they have reportable passing level outcomes on both Step 1 and Step 2 CK. If an examinee has passed Steps 1 and 2 CK and is asked to retake one or both exams and also needs to take or retake Step 3, they will not be eligible for Step 3 until they have passed the Step(s) they were required to validate.

10. **What happens if I fail a retake for a Step exam I was asked to validate?** If an examinee fails a retake, access to USMLE will be suspended for three (3) years. At the end of the suspension, if all eligibility requirements are met, they will be allowed to retake the examination again when it is offered. If the examinee fails a second retake at the end of the 3-year suspension period, the examinee will be permanently barred from taking or retaking any Step exams.

11. **What happens if I pass a retake for a Step exam I was asked to validate?** The invalidated outcome(s) will remain on the USMLE transcript as "Score Not Available" in perpetuity and retake(s) will appear with outcome(s) achieved on the retake(s).

12. **What if I choose not to retake USMLE?** If an examinee is required to validate a passing level performance on a USMLE examination and chooses not to retake the exam or does not respond by the deadline, they will be suspended from access to USMLE for three (3) years.

13. **Am I being charged with irregular behavior?** If an examinee is being charged with irregular behavior, they will receive a separate communication via email from the Office of the USMLE Secretariat, detailing the charges and adjudication process.

14. **How will this impact my current position or career progress (e.g. medical licensure, participation in residency)?** Examinees need to contact the relevant organization directly to determine impact.

15. **How will this impact my ECFMG certification?** Please contact ECFMG at info@ecfmg.org for further information.