IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI and DR. SWECHHA SHRESTHA,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. 1:24-cv-00410-CRC |

**SECOND DECLARATION OF COLLEEN WARD**

  1.  My name is Colleen Ward. Unless otherwise stated, I have personal knowledge of the facts stated below, based on my work at NBME and my review of company records maintained in the ordinary course of business, as referenced below.

  2.  I have worked at NBME since October 2011, first as a Program Officer and, since January 2022, as USMLE Director of Customer Experience. In my current role, I am responsible for monitoring metrics, initiating and managing enhancements, managing resolution of incidents, and leading outreach initiatives related to USMLE examinees.

  3.  I provided a declaration previously in this case, in connection with Dr. Giri's motion for a preliminary injunction.

  4.  My colleague Daniel Jurich, Ph.D., also provided a declaration in connection with Dr. Giri's preliminary injunction motion, describing the research that was conducted by the NBME Psychometrics and Data Analysis ("PADA") department and the steps that were then taken by the USMLE program with respect to invalidating the scores of certain examinees based upon our analysis of their USMLE performance data.

5.  Based upon the investigation described in my prior declaration and Dr. Jurich's declaration, the USMLE program identified 832 examinees with passing level exam results whose validity the USMLE program had a good faith basis for questioning. Latika Giri ("Dr. Giri") and Swechha Shrestha ("Dr. Shrestha") were two of those examinees.

6.  The USMLE program contacted each of the 832 examinees whose scores were questioned as a result of the investigation through letters which explained the score invalidation and the options for moving forward.

7.  Letters were transmitted to examinees via electronic mail to the email address that each examinee maintained in the USMLE program's records. A few days later, an SMS text was sent to all examinees receiving a letter and for whom a cell phone number was available in the USMLE program's records. The text alerted examinees to check their email for an important letter from the USMLE program.

8.  Each letter contained information specific to the examinee's score invalidation, and also contained a unique link (correlated to each examinee's USMLE ID number) for each examinee to use in responding to the letter.

### Invalidation Notice to Dr. Giri and Her Response to the Notice

9.  Dr. Giri had three passing-level USMLE exam results invalidated based upon the USMLE program investigation: Step 1, Step 2 CK, and Step 3. A true and correct copy of the notice letter that the USMLE program sent to Dr. Giri on January 31, 2024 is attached to this declaration as Exhibit A.

10. The link in the letter to Dr. Giri (unique to her, and tied to her USMLE ID) took her to a web page that contained a response form that she could complete, if she elected to do so, to indicate how she wanted to proceed. The form included the following text:

Please read the following statements before completing and submitting your response form. You must agree to these statements by clicking the "I AGREE" box before you will be allowed to complete the response form, and clicking the "I AGREE" box will be deemed to constitute your electronic signature agreeing to the terms set forth in the statements. If you are not willing to agree to these statements, please click the "I DO NOT AGREE" box.

Examinees who do not agree with the statements set forth below will not be allowed to complete the response form, will forfeit their right to seek reconsideration of the invalidation decision and to appeal any denial of reconsideration, and will forfeit their right to elect to retake at no cost the Step exam(s) for which a passing level outcome has been invalidated; in addition, their USMLE transcripts will be permanently revised to reflect the designation "Score Not Available" for the applicable Step exam(s), all prior recipients of the examinee's transcript will be notified of the revocation of the passing level outcome for the applicable Step exam(s), the examinee will not be allowed to take or retake any Step exam for three (3) years, and any Score Reports still available to examinees in the candidate web portal will be revoked and removed from the website and examinees will be directed to delete any saved copies from their devices.

<u>EXAMINEE VERIFICATION, DISCLOSURE AUTHORIZATION, AND RELEASES</u>

I am aware that USMLE examinees are required to provide truthful information when issues arise regarding the validity of their exam outcomes, and to fully cooperate in any relating investigation. I hereby confirm that all information that I provide to the USMLE program relating to any USMLE Step for which I achieved a passing level outcome will be truthful and accurate, and that I will cooperate with any further investigation that the USMLE program conducts relating to the validity of my USMLE Step outcome(s). In addition, if the USMLE program seeks any documents or other information from third parties that the USMLE program believes to be relevant to the validity of any of my Step exam outcomes, I hereby authorize the third parties to provide such information or documents to the USMLE program, and I hereby release the USMLE program, its owners (the National Board of Medical Examiners and the Federation of State Medical Boards), and the third parties from any claims that I might have relating to the disclosure of such information or documents.

I acknowledge that the USMLE program is giving me the opportunity to request reconsideration of the decision to invalidate one or more of my passing level Step exam outcomes, to appeal any adverse decision that is made if I seek such reconsideration, and to retake the applicable Step exam(s) at no cost if I elect to do so and am otherwise eligible. In exchange, I release the USMLE program and its owners from all claims that I might have that relate in any way to the invalidation of my Step exam outcome(s).

\_\_\_  I AGREE                              \_\_\_  I DO NOT AGREE

A true and correct copy of the response form, prior to being completed, is attached as Exhibit B.

11. A true and correct copy of Dr. Giri's electronic responses, as captured when she completed the response form online using her unique link, is attached as Exhibit C. The form was electronically submitted to NBME on February 23, 2024.

12. As reflected in Exhibit C, Dr. Giri clicked the "I AGREE" box that followed the waiver and release language in her response form.

13. As also reflected in Exhibit C, Dr. Giri chose Option 2, to request reconsideration of the USMLE program's decision to invalidate her scores and to provide an explanation and supporting documentation evidencing why she believes her Step 1, Step 2 CK and Step 3 exam results should be reinstated as valid.

### Invalidation Notice to Dr. Shrestha and Her Response to the Notice

14. Dr. Shrestha had one passing level USMLE exam result invalidated based upon the USMLE program investigation: Step 3. A true and correct copy of the notice letter that the USMLE program sent to Dr. Shrestha on January 31, 2024, is attached to this declaration as Exhibit D.

15. The link in the letter to Dr. Shrestha (unique to her, and tied to her USMLE ID) took her to a web page that contained a response form that she could complete, if she elected to do so, to indicate how she wanted to proceed. The form included the same text that is quoted in paragraph 10 above from Dr. Giri's response form. A true and correct copy of the response form, prior to being completed, is attached as Exhibit B.

16. A true and correct copy of Dr. Shrestha's electronic responses, as captured when she completed the response form online using her unique link, is attached as Exhibit E. The form was electronically submitted to NBME on February 23, 2024.

17. As reflected in <u>Exhibit E</u>, Dr. Shrestha clicked the "I AGREE" box that followed the waiver and release language in her response form.

18. As also reflected in <u>Exhibit E</u>, Dr. Shrestha chose Option 2, to request reconsideration of the USMLE program's decision to invalidate her score and to provide an explanation and supporting documentation evidencing why she believes her Step 3 exam results should be reinstated as valid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2024.

*Colleen D Ward*
Colleen Ward