# EXHIBIT A

**Via Email**
**Personal and Confidential**

January 31, 2024

USMLE ID#: 11729845

Dear Dr. Giri:

Please carefully read this email and the two linked documents (*United States Medical Licensing Examination (USMLE) Policies and Procedures Regarding the Validity of Passing Level Scores Achieved by a Subset of USMLE Examinees* and Common Questions) **before completing the Response Form linked below**.

As stated in the USMLE *Bulletin of Information*, the performance of examinees is monitored and analyzed to detect aberrancies or other information that raises questions about the validity of exam results. The USMLE program reserves the right to cancel exam results that are at or above the passing level, prior to or after release, if the USMLE program has a good faith basis for questioning whether the exam result(s) represent a valid measure of knowledge or competence as assessed by the examination.

Your performance on the exam(s) listed below raises concerns about the validity of the passing result(s) reported. Details are provided about the highly irregular patterns found in your exam data that are indicative of prior and substantial unauthorized access to secure exam content. The odds of observing the data that supports the invalidation of your exam results during normal testing conditions are extremely low (1 in 100,000,000 or even more unlikely).

**Step 1 February 09, 2023**
- Extremely improbable answer similarity with other examinees testing on the same form at similar times
- Unusually high performance
- Abnormal question response times

**Step 2 CK May 08, 2023**
- Extremely improbable answer similarity with other examinees testing on the same form at similar times
- Abnormal question response times

**Step 3 September 18, 2023**
- Extremely improbable answer similarity with other examinees testing on the same form at similar times
- Abnormal question response times

Because of the anomalies identified in your performance data, your result(s) for the referenced exam(s) have been invalidated and will appear on your USMLE transcript as "Score Not Available". The USMLE program will retransmit transcripts to all previous third-party transcript recipients with the updated information.

**Next Steps**
To indicate how you would like to proceed, the USMLE program requests that you complete the response form at the link below. **You must complete and submit the response form within fifteen (15) calendar days from the date of this email to communicate your preferences for proceeding.** Please note that the response form link will expire on February 16, 2024 at 11:59PM EST and responses will not be accepted after that date. Your unique response form link can only be used ONCE and should NOT be shared with others.

**If you have more than one invalidated result, you must choose the same option for all exams.**

**Option 1: Exam Retake**
If you choose to retake the examination(s), we will contact you in approximately 6 to 8 weeks with additional information. There will be no charge for the retake(s), the location and date of which will be determined by the USMLE program. As with all USMLE administrations, retake results will be monitored and statistically analyzed to detect potential aberrancies. **We anticipate retake exams will be offered beginning in mid to late 2024, beginning with Step 1. We anticipate retake exams will be offered annually.**

**Option 2: Reconsideration of an Invalidated Outcome**
If you choose to request a reconsideration of the decision to invalidate your examination outcome(s), follow the submission instructions provided in the response form. It may take up to ten (10) weeks for your consideration request to be evaluated, and perhaps longer.

A group of USMLE staff will review reconsideration requests and decide if your outcome can be certified as representing a valid measure of your competence in the domains assessed or whether the decision to invalidate the outcome(s) will be upheld. If the staff group determines your outcome(s) should remain invalid, you will have the opportunity for a free retake, the location and date of which will be determined by the USMLE program. In the alternative, you may choose to appeal the staff decision to an ad hoc committee appointed by the USMLE Composite Committee ("Ad Hoc Committee"). As with all USMLE administrations, retake results will be monitored and statistically analyzed to detect potential aberrancies.

If an appeal is filed, the staff decision will be overturned only if the decision was clearly contrary to the weight of the evidence submitted. If you submit a timely appeal, the Ad Hoc Committee will review your appeal.

For more detailed information regarding the reconsideration and appeal processes, refer to the *United States Medical Licensing Examination (USMLE) Policies and Procedures Regarding the Validity of Passing Level Scores Achieved by a Subset of USMLE Examinees.*

**Option 3: Take No Action**
If you choose to take no action at this time (please note, you must indicate this choice in the response form linked below), your invalidated outcome(s) will remain unavailable on your USMLE transcript and your access to USMLE will be suspended for three (3) years. If you are otherwise eligible and wish to retake the exam(s) after the 3-year suspension, please contact us directly for information on next steps.

**Additional Information:**

- The investigation into this matter is ongoing. As our investigation proceeds, *we will advise you of any additional/changed allegations or findings*, including those that might result in a referral to the USMLE Committee for Individualized Review (CIR) for Irregular Behavior. If you are contacted about irregular behavior, the process described above regarding reconsideration requests, appeals, and exam retakes will be put on hold during the irregular behavior proceedings. In addition, *your opportunity to retake as described above may change* depending on the outcome of any irregular behavior proceedings.

- As our investigation proceeds, *you may be contacted again regarding additional invalid outcomes*, if applicable.

- Any *score report you were previously issued for the exam(s) named above is no longer valid* and will be removed from your candidate website account.

- If you distribute a copy of your USMLE transcript containing the invalidated outcome(s) or disseminate a copy of the score report(s) containing invalidated outcome(s) to any party, *you will be charged with irregular behavior*.

**If you do not respond to this communication by the deadline, your access to USMLE will be immediately suspended.**

**Links:**
- United States Medical Licensing Examination (USMLE) Policies and Procedures Regarding the Validity of Passing Level Scores Achieved by a Subset of USMLE Examinees
- Common Questions

**Your Unique Response Form Link:** https://www.research.net/r/ValResponse?ID=U23007602

If you have additional questions or concerns, you may contact us at USMLE@nbme.org.

Sincerely,

Office of the USMLE Secretariat


c: ECFMG
   FSMB