# EXHIBIT B



# INVALIDATION RESPONSE FORM

Please read the following statements before completing and submitting your response form. You must agree to these statements by selecting "I AGREE" before you will be allowed to complete the response form, and selecting "I AGREE" will be deemed to constitute your electronic signature agreeing to the terms set forth in the statements. If you are not willing to agree to these statements, please select "I DO NOT AGREE".

Examinees who do not agree with the statements set forth below will not be allowed to complete the response form, will forfeit their right to see reconsideration of the invalidation decision and to appeal any denial of reconsideration, and will forfeit their right to elect to retake at no cost the Step exam(s) for which a passing level outcome has been invalidated; in addition, their USMLE transcripts will be permanently revised to reflect the designation "Score Not Available" for the applicable Step exam(s), all prior recipients of the examinee's transcript will be notified of the revocation of the passing level outcome for the applicable Step exam(s), the examinee will not be allowed to take or retake any Step exam for three (3) years, and any Score Reports still available to examinees in the candidate web portal will be revoked and removed from the website and examinees will be directed to delete any saved copies from their devices.

\*

## EXAMINEE VERIFICATION, DISCLOSURE AUTHORIZATION, AND RELEASES

I am aware that USMLE examinees are required to provide truthful information when issues arise regarding the validity of their exam outcomes, and to fully cooperate in any relating investigation   I hereby confirm that all information that I provide to the USMLE program relating to any USMLE Step for which I achieved a passing level outcome will be truthful and accurate, and that I will cooperate with any further investigation that the USMLE program conducts relating to the validity of my USMLE Step outcome(s)   In addition, if the USMLE program seeks any documents or other information from third parties that the USMLE program believes to be relevant to the validity of any of my Step exam outcomes, I hereby authorize the third parties to provide such information or documents to the USMLE program, and I hereby release the USMLE program, its owners (the National Board of Medical Examiners and the Federation of State Medical Boards), and the third parties from any claims that I might have relating to the disclosure of such information or documents

I acknowledge that the USMLE program is giving me the opportunity to request reconsideration of the decision to invalidate one or more of my passing level Step exam outcomes, to appeal any adverse decision that is made if I seek such reconsideration, and to retake the applicable Step exam(s) at no cost if I elect to do so and am otherwise eligible   In exchange, I release the USMLE program and its owners from all claims that I might have that relate in any way to the invalidation of my Step exam outcome(s)

○ I AGREE                                                ○ I DO NOT AGREE



# INVALIDATION RESPONSE FORM

**\*\*Your response must be received no later than fifteen (15) calendar days from the date of our email to you.\*\***

Your responses will be recorded as you proceed through this form. Please clic **Done** on the final screen.

\* Full Name

First name: 
Last name: 

\* USMLE ID #

\* Current Home Address

Address: 
Address 2: 
City/Town: 
State/Province: 
ZIP/Postal Code: 
Country: 

\* Current Mobile Phone Number

Country code: 
Phone number: +1

Alternate Phone Number

Country code: 
Phone number: +1

Alternate Email Address

\* Are you in a U.S. residency program?

○ No

○ Yes



# INVALIDATION RESPONSE FORM

\* Please provide the following information about your U.S. residency program

| Field | |
|---|---|
| Program Director Name: | |
| Name of Hospital/Institution: | |
| City/Town of Hospital/Institution: | |
| State of Hospital/Institution: | -- select state -- |
| Program Director Email Address: | |
| Program Director Phone Number: | |

\* Please provide your U.S. residency program specialty



# INVALIDATION RESPONSE FORM

\* Instructions

- Check Option 1, Option 2 or Option 3 below  Your choice will be **final and irrevocable**
- Complete and submit this form within fifteen (15) calendar days of the date of our email to you  **If you do not respond by the deadline**, your access to USMLE will be suspended for three (3) years

○ Option 1: **Exam Retake - I will retake the invalidated examination(s),** date(s) and location(s) to be determined.

○ Option 2: **Reconsideration of an Invalidated Outcome - I request that the USMLE staff group reconsider the decision to invalidate my outcome(s) for the exam(s) listed in the email.** I recognize that my examination outcome(s) will be reported as "Score Not Available" while the senior staff group reconsiders the decision to invalidate my exam outcome(s).

○ Option 3: **Take No Action - I choose to take no action at this time.** I recognize that the passing level outcome(s) on the applicable Step exam(s) will remain permanently reported as "Score Not Available" and that my access to USMLE will be suspended for three (3) years.

<u>If you decide to retake the exam(s) (Option 1):</u>

In selecting Option 1 above, you certify the following:

I certify that I currently meet USMLE eligibility requirements. I also certify that I have read the <u>United States Medical Licensing Examination (USMLE) Policies and Procedures Regarding the Validity of Passing Level Scores Achieved by a Subset of USMLE Examinees</u>. I further certify that I have read the current <u>USMLE Bulletin of Information</u>, which may be different than the edition of the *Bulletin* applicable to my original eligibility period, and that I am familiar with the contents of the current edition, meet the eligibility requirements set forth therein, and agree to abide by the policies and procedures described therein.

<u>If you decide to seek reconsideration (Option 2):</u>

To request reconsideration of the decision to invalidate your Step exam outcome, you must submit a statement explaining why you believe your exam outcome should be treated as a valid measure of your medical knowledge and competence. You may also submit supporting documentation. Your written response and supporting documentation (if any) **must specifically support the contention that your original outcome(s) are valid.** Your personal statement and any supporting documentation, in total, may not exceed 16 MB or the upload will fail.

Please use your best judgment when deciding what documents support your contention that your original outcome(s) is/are valid. If you select Option 2 above, you will be asked to submit your supporting documentation on the next screen.



# INVALIDATION RESPONSE FORM

Option 2

\* To request reconsideration of the decision to invalidate your Step exam outcome, you must submit a statement explaining why you believe your exam outcome should be treated as a valid measure of your medical knowledge and competence  You may also submit supporting documentation  Your written response and supporting documentation (if any) **must specifically support the contention that your original outcome(s) are valid**

Please use your best judgment when deciding what documents support your contention that your original outcome(s) is/are valid

Your personal statement and any supporting documentation must be uploaded as a single file and, in total, may not exceed 16 MB or the upload will fail

To submit your statement and any supporting documentation, clic  "Choose File" below, drag and drop the file into the dialog box (or upload the file from your computer), verify the file is uploaded (you should see your file listed and will see a chec  mar  next to the file name). Please note, only PDF, DOC, DOCX files are supported.

[ Choose File ]   [ Choose File ]   No f e c ose



# INVALIDATION RESPONSE FORM

You have completed the questions in this response form.

Clic **Done** below to record your response. Once you clic **Done** your response is final.

If you do not clic **Done** before the deadline stated in the email you received, your response will be considered as is.