# EXHIBIT C

INVALIDATION RESPONSE FORM

# #1

**COMPLETE**

| | |
|---|---|
| **Collector:** | Cohort 1 - CLOSED (Web Link) |
| **Started:** | Friday, February 23, 2024 5:52:39 AM |
| **Last Modified:** | Friday, February 23, 2024 6:01:23 AM |
| **Time Spent:** | 00:08:44 |
| **IP Address:** | 103.186.197.84 |

Page 1

**Q1**

EXAMINEE VERIFICATION, DISCLOSURE AUTHORIZATION, AND RELEASES I am aware that USMLE examinees are required to provide truthful information when issues arise regarding the validity of their exam outcomes, and to fully cooperate in any relating investigation.  I hereby confirm that all information that I provide to the USMLE program relating to any USMLE Step for which I achieved a passing level outcome will be truthful and accurate, and that I will cooperate with any further investigation that the USMLE program conducts relating to the validity of my USMLE Step outcome(s).  In addition, if the USMLE program seeks any documents or other information from third parties that the USMLE program believes to be relevant to the validity of any of my Step exam outcomes, I hereby authorize the third parties to provide such information or documents to the USMLE program, and I hereby release the USMLE program, its owners (the National Board of Medical Examiners and the Federation of State Medical Boards), and the third parties from any claims that I might have relating to the disclosure of such information or documents. I acknowledge that the USMLE program is giving me the opportunity to request reconsideration of the decision to invalidate one or more of my passing level Step exam outcomes, to appeal any adverse decision that is made if I seek such reconsideration, and to retake the applicable Step exam(s) at no cost if I elect to do so and am otherwise eligible.  In exchange, I release the USMLE program and its owners from all claims that I might have that relate in any way to the invalidation of my Step exam outcome(s).

**I AGREE**

Page 2

INVALIDATION RESPONSE FORM

## Q2

Full Name:

| | |
|---|---|
| First name | **Latika** |
| Last name | **Giri** |

## Q3

USMLE ID #:

11729845

## Q4

Current Home Address:

| | |
|---|---|
| Address | **Hanbir Marga** |
| Address 2 | **Ward 8** |
| City/Town | **Pokhara** |
| State/Province | **Gandaki** |
| ZIP/Postal Code | **33800** |
| Country | **Nepal** |

## Q5

Current Mobile Phone Number:

| | |
|---|---|
| Phone number | **+977 986 0809856** |

## Q6

Alternate Phone Number:

| | |
|---|---|
| Phone number | **+977 985 6027723** |

## Q7

Alternate Email Address:

lgiri2458@yahoo.com

## Q8

Are you in a U.S. residency program?          No

Page 3

INVALIDATION RESPONSE FORM

**Q9**

Please provide the following information about your U.S. residency program.

Respondent skipped this question

**Q10**

Please provide your U.S. residency program specialty.

Respondent skipped this question

Page 4

**Q11**

Instructions: Check Option 1, Option 2 or Option 3 below. Your choice will be final and irrevocable. Complete and submit this form within fifteen (15) calendar days of the date of our email to you. If you do not respond by the deadline, your access to USMLE will be suspended for three (3) years.

Option 2: Reconsideration of an Invalidated Outcome - I request that the USMLE staff group reconsider the decision to invalidate my outcome(s) for the exam(s) listed in the email. I recognize that my examination outcome(s) will be reported as "Score Not Available" while the senior staff group reconsiders the decision to invalidate my exam outcome(s).

Page 5: Option 2

**Q12**

To request reconsideration of the decision to invalidate your Step exam outcome, you must submit a statement explaining why you believe your exam outcome should be treated as a valid measure of your medical knowledge and competence. You may also submit supporting documentation. Your written response and supporting documentation (if any) must specifically support the contention that your original outcome(s) are valid. Please use your best judgment when deciding what documents support your contention that your original outcome(s) is/are valid.Your personal statement and any supporting documentation must be uploaded as a single file and, in total, may not exceed 16 MB or the upload will fail.

**PS%20and%20documents.pdf (8.6MB)**