IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. LATIKA GIRI and DR. SWECHHA SHRESTHA,<br><br>               Plaintiffs,<br><br>    v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>               Defendant. | Case No. 1:24-cv-00410-CRC |

**[PROPOSED] ORDER**

This matter is before the Court on the motion of Defendant National Board of Medical Examiners ("NBME") to dismiss the First Amended Complaint (Dkt. 21) ("FAC") of Plaintiffs Dr. Latika Giri and Dr. Swechha Shrestha pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, Fed. R. Civ. P. 12(b)(1), with prejudice.

NBME's motion is GRANTED. Dismissal is warranted under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) because each Plaintiff has released in writing all claims she might have against NBME relating to the invalidation of her USMLE results. Dismissal is also warranted under Fed. R. Civ. P. 12(b)(6) because, even in the absence of Plaintiffs' releases, Plaintiffs cannot pursue their claims under Title VII and Section 1981. Neither statute applies extraterritorially and thus neither applies with respect to the claims asserted by Dr. Giri. NBME also is not the employer of Dr. Giri or Dr. Shrestha so as to be subject to Title VII, and its invalidation of their USMLE scores does not otherwise subject NBME to potential liability under Title VII. Finally, Plaintiffs have failed to state a claim for discrimination under either Title VII or Section 1981.

Plaintiffs' FAC is therefore DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Dated: _____

_____
United States District Judge