# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Latika Giri,
                    Plaintiff

           vs.                          Civil Action No. 24-cv-410

The National Board of Medical Examiners,
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this 19th day of February, 20 25, that Plaintiff Latika Giri hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 27th day of January, 20 25 in favor of the National Board of Medical Examiners against said Plaintiff Latika Giri

                                           /s/ Charles Gerstein
                                        Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated: